IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 25 2020
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:20CR33DPJ-FKB

JOYCE CAUTHEN   21 U.S.C. § 846
ANTONIEL THOMAS, JR., a/k/a Shilop   21 U.S.C. § 841(a)(1)
TERLL SHELL, a/k/a Toad

**The Grand Jury charges:**

COUNT 1

Beginning in and around January 11, 2020, and continuing through the date of the indictment, in Neshoba County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants **JOYCE CAUTHEN, ANTONIEL THOMAS, JR. a/k/a Shilop, and TERLL SHELL a/k/a Toad,** did knowingly and willfully conspire with each other, and others known and unknown to the Grand Jury to possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

**QUANTITY OF METHAMPHETAMINE INVOLVED IN THE CONSPIRACY**

With respect to **JOYCE CAUTHEN, ANTONIEL THOMAS, JR. a/k/a Shilop, and TERLL SHELL a/k/a Toad,** the amount involved in the conspiracy attributable to each defendant as a result of their conduct, and the conduct of other conspirators reasonably foreseeable to **JOYCE CAUTHEN, ANTONIEL THOMAS, JR. a/k/a Shilop, and TERLL SHELL a/k/a Toad,** is a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1)

and 841(a)(1)(C).

## COUNT 2

On or about February 10, 2020, in Neshoba County in the Northern Division of the Southern District of Mississippi, the defendant **JOYCE CAUTHEN,** did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(a)(1)(C).

## NOTICE OF FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendants, **JOYCE CAUTHEN, ANTONIEL THOMAS, JR. a/k/a Shilop, and TERLL SHELL a/k/a Toad,** shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses and all property used to facilitate the offenses.

(1) **U.S. Currency in the amount of $1,400.00.**

Further, if any property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the Court; d) has been substantially diminished in value; or e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of said defendant up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 21, United States Code, Section 853; Title 18, United States Code,

Sections 981 (a)(1)(C) and 924; and Title 28, United States Code, Section 2461(c).

D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 25th of February 2020.

UNITED STATES MAGISTRATE JUDGE

3